IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL YOUNG,

      Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                          13-cv-582-wmc

THE EAU CLAIRE WISCONSIN CITY
POLICE STATION, ZACH BURNETT and
STEPHANIE SANDBECK,

      Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying

plaintiff Michael Young's motion for leave to proceed and dismissing this case.

| /s/ | 12/3/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |